**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants, COUNTY OF TEHEMA and
30th DISTRICT AGRICULTURAL ASSOCIATION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD HAMMOND, | CASE NO.: 2:15-CV-0068-TLN-CMK |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)** |
| v. | |
| COUNTY OF TEHEMA; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California and DOES 1-10, inclusive. | Complaint Filed: 1/12/2015 |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendants COUNTY OF TEHEMA and 30TH DISTRICT AGRICULTURAL ASSOCIATION, may have until March 30, 2015, to file a responsive pleading to Plaintiff's Complaint in order to allow Defendant to obtain information necessary to file an Answer to the Complaint. This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties. Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

//

//

{01370266.DOCX}  1
**JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)**

Dated: March 2, 2015                                PORTER SCOTT
                                                    A PROFESSIONAL CORPORATION


                                                    By ___/s/ Stephen E. Horan_____
                                                        Stephen E. Horan (125241)
                                                        Attorney for Defendants
                                                        COUNTY OF TEHEMA and
                                                        30th DISTRICT AGRICULTURAL
                                                        ASSOCIATION


Dated:  March 2, 2015                               CENTER FOR DISABILITY ACCESS



                                                    By:__/s/ Phyl Grace_(Authorized 3/2/15)
                                                        Phyl Grace (171771)
                                                        Attorney for Plaintiff
                                                        RICHARD HAMMOND


Dated:  March 4, 2015




                                                    _____
                                                    Troy L. Nunley
                                                    United States District Judge

{01370266.DOCX}                                 2
**JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)**