**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Hovannes G. Nalbandyan, SBN 300364
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant,
30th DISTRICT AGRICULTURAL ASSOCIATION

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAMMOND , | CASE NO.: 2:15-CV-0068-TLN-CMK |
| Plaintiff, | **JOINT STIPULATION TO TAKE DEPOSITION AFTER EXISTING DISCOVERY CUT-OFF DATE AND ORDER** |
| v. | |
| COUNTY OF TEHEMA; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California and DOES 1-10, inclusive. | Complaint Filed: 1/12/2015 |
| Defendants. | |

**WHEREAS**, Defendant 30TH DISTRICT AGRICULTURAL ASSOCIATION ("30TH DAA), and Plaintiff RICHARD HAMMOND ("HAMMOND") by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On or about January 12, 2015, HAMMOND filed his original Complaint.
2. On or about April 10, 2015, the parties agreed to participate in the Voluntary Dispute Resolution Program ("VDRP"). The parties could not reach an agreement.
3. On October 22, 2015, the parties filed a Joint Scheduling Report.
4. On December 7, 2015, the Court entered its Pre-Trial Scheduling Order. Since December 7, 2015, the parties have engaged in discovery, including the production of

1 documents and third-party discovery.

2. 5. The Court set a trial date for May 8, 2017 and ordered that all discovery be completed by June 6, 2016. Paradoxically, the deadline for disclosure of Expert Witnesses is set *after* the discovery cut-off on August 11, 2016, which would prevent conducting depositions of said experts after disclosure.

6. On April 26, 2016, Plaintiff filed a Motion for Leave to Amend Complaint to join an additional Defendant, Red Bluff Round-Up Association. The hearing for this Motion is scheduled for June 2, 2016 at 2:00 p.m. in Courtroom 2. The 30th DAA's response to the motion is due on May 19, 2016. The 30th DAA does not intend to oppose HAMMOND's Motion for Leave.

7. Based on the schedule of the PMQ Deponent and counsel, there is a lack of time to schedule and complete the PMQ's deposition prior to the June 6, 2016 discovery cut-off date.

8. More, if Plaintiff's Motion for Leave is granted, Parties anticipate the Court will vacate the due dates and hearing dates set in the current Pretrial Scheduling Order.

9. Permitting the scheduling of the PMQ deposition after the June 16, 2016 discovery cut-off date will not affect any remaining dates.

10. Accordingly, the parties wish to schedule and take the deposition of the 30TH DAA's Person Most Qualified deponent after the discovery cut-off date.

Based on the above, THE 30TH DAA AND HAMMOND HEREBY STIPULATE AND AGREE, SUBJECT TO COURT APPROVAL, TO PERMIT THE DEPOSITION OF THE 30th DAA's PMQ BE TAKEN AFTER THE DISCOVERY CUT-OFF, ON OR AFTER JUNE 6, 2016, AND PRIOR TO THE DISPOSITIONAL MOTIONS DATE OF DECEMBER 8, 2016.

**IT IS SO STIPULATED AND AGREED.**

///

///

///

| | |
|---|---|
| Dated: May 18, 2016 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By /s/ Hovannes Nalbandyan<br>Steven E. Horan<br>Hovannes G. Nalbandyan<br>Attorney for Defendant,<br>30th DISTRICT AGRICULTURAL ASSOCIATION |
| Dated: May 18, 2016 | CENTER FOR DISABILITY ACCESS<br><br>By /s/ Amanda Lockhart (Authorized)<br>Amanda Lockhart<br>Attorney for Plaintiff,<br>RICHARD HAMMOND |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 20, 2016

_____
Troy L. Nunley
United States District Judge

3
**JOINT STIPULATION TO TAKE DEPOSITION AFTER EXISTING DISCOVERY CUT-OFF DATE**