UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Hammond**, <br><br>    Plaintiff, <br><br> v. <br><br> **County of Tehama;** <br> **30th District Agricultural Association, a state institution of the State of California;** and Does 1-10, inclusive <br><br>    Defendants. | **Case:** 2:15-CV-00068-TLN-CMK <br><br> **ORDER** <br> *(Granting Plaintiff leave to file First Amended Complaint)* |

   Plaintiff filed a Motion for leave to file a First Amended Complaint before this Court on April 26, 2016.  (ECF No. 21.)  In response, Defendant filed a non-opposition to Plaintiff's motion.  (ECF No. 23.)  After consideration of the briefs, the Stipulation, and arguments of counsel and all other matters presented to the Court, it is hereby ordered that Plaintiff's Motion for leave to file a First Amended Complaint (ECF No. 21)  is GRANTED.

**IT IS SO ORDERED.**

Dated: July 22, 2016

_____
Troy L. Nunley
United States District Judge