**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Hovannes G. Nalbandyan, SBN 300364
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant, 30th DISTRICT AGRICULTURAL ASSOCIATION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD HAMMOND , | CASE NO.: 2:15-CV-0068-TLN-CMK |
| Plaintiff, | **JOINT STIPULATION FOR CONTINUANCE OF PRE-TRIAL DATES AND ORDER** |
| v. | |
| COUNTY OF TEHAMA; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California and DOES 1-10, inclusive. | Complaint Filed: 1/12/2015 |
| Defendants. | |

WHEREAS, Defendant 30TH DISTRICT AGRICULTURAL ASSOCIATION ("30TH DAA), and Plaintiff RICHARD HAMMOND ("HAMMOND") by and through their respective counsel of record hereby agree as follows:

1. WHEREAS, on or about January 12, 2015, HAMMOND filed his original Complaint;
2. WHEREAS, on or about April 10, 2015, the parties agreed to participate in the Voluntary Dispute Resolution Program ("VDRP"). The parties could not reach an agreement;
3. WHEREAS, on October 22, 2015, the parties filed a Joint Scheduling Report;
4. WHEREAS, on December 7, 2015, the Court entered its Pre-Trial Scheduling Order;

5. WHEREAS, the parties have been engaged in discovery in the above-captioned action, including written discovery, production of documents, and depositions;

6. WHEREAS, HAMMOND obtained a stipulation from 30th DAA to file a First-Amended Complaint to add an additional defendant, RED BLUFF ROUND-UP ASSOCIATION, which was previously omitted from the complaint;

7. WHEREAS, on July 22, 2016, the Court granted Plaintiff's Motion for Leave to Amend Complaint to join additional Defendant, RED BLUFF ROUND-UP ASSOCIATION;

8. WHEREAS, Plaintiff will file his First Amended Complaint no later than July 29, 2016;

9. WHEREAS, Parties anticipate the Court will vacate the due dates and hearing dates set in the current Pretrial Scheduling Order once Plaintiff files the First Amended Complaint;

10. WHEREAS, this case is set for trial on May 8, 2017;

11. WHEREAS, Parties continue to engage in discovery;

12. WHEREAS, Parties submit there is good cause to continue the pretrial deadlines identified herein by approximately 60 days to allow parties to complete remaining discovery in this matter;

13. WHEREAS, Parties are only seeking a continuance of those dates identified below and are not seeking a continuance of the trial date in this matter; and

14. WHEREAS, the Parties have previously requested an extension to conduct a deposition after the discovery cutoff date, but have not requested a continuance of any of the other pretrial dates set by the Court in this matter.

## STIPULATION:

NOW THEREFORE, it is agreed and stipulated by and between the parties, through their respective counsel of record, that the follow dates previously set by order of the Court be continued as follows:

- The deadline for Expert Disclosure shall be continued from August 11, 2016 to **October 11, 2016**.

- The deadline for <u>Rebuttal Expert Disclosure</u> shall be continued from August 31, 2016 to **<u>October 31, 2016.</u>**
- The deadline for completing <u>Expert Discovery</u> shall be continued from September 30, 2016 to **<u>November 30, 2016.</u>**
- The deadline for filing <u>Dispositive Motions</u> shall be continued from November 7, 2016 to **<u>December 12, 2016</u>**.
- The <u>Dispositive Motions Hearing Date</u> shall be continued from December 8, 2016 to **<u>January 12, 2017.</u>**

The Final Pretrial hearing date (March 9, 2017) and date for commence of Jury Trial (May 8, 2017) shall remain as previous scheduled by the Court, unless the Court orders otherwise after reviewing and considering the above stipulation.

**IT IS SO STIPULATED.**

Dated: July 25, 2016                    PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By<u>*/s/ Hovannes Nalbandyan*</u>
                                        Steven E. Horan
                                        Hovannes G. Nalbandyan
                                        Attorneys for Defendant
                                        CITY OF LINCOLN


Dated:  July 24, 2016                   CENTER FOR DISABILITY ACCESS


                                        By <u>/s/ *Amanda Lockhart* (authorized)</u>
                                        Amanda Lockhart
                                        Attorney for Plaintiff
                                        RICHARD HAMMOND

**ORDER**

Good cause appearing, PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the Pretrial Dates in this matter shall be continued as set forth in the stipulation above.

Dated: July 28, 2016

                                                                    _____
                                                                    Troy L. Nunley
                                                                    United States District Judge