**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant, 30th DISTRICT AGRICULTURAL ASSOCIATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAMMOND , | CASE NO.: 2:15-CV-0068-TLN-CMK |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR EXPERT DISCLOSURES AND REBUTTAL DEADLINE** |
| v. | |
| COUNTY OF TEHAMA; 30TH DISTRICT AGRICULTURAL ASSOCIATION, a state institution of the State of California and DOES 1-10, inclusive. | Complaint Filed: 1/12/2015 |
| Defendants. | |

WHEREAS, Defendant 30TH DISTRICT AGRICULTURAL ASSOCIATION ("30TH DAA), Defendant RED BLUFF ROUND UP ASSOCIATION and Plaintiff RICHARD HAMMOND ("HAMMOND") by and through their respective counsel of record hereby agree as follows:

1. WHEREAS, on or about January 12, 2015, HAMMOND filed his original Complaint;
2. WHEREAS, on or about April 10, 2015, the parties agreed to participate in the Voluntary Dispute Resolution Program ("VDRP"). The parties could not reach an agreement;
3. WHEREAS, on October 22, 2015, the parties filed a Joint Scheduling Report;
4. WHEREAS, on December 7, 2015, the Court entered its Pre-Trial Scheduling Order;

1
**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE AND REBUTTAL DEADLINE**

5. WHEREAS, the parties have been engaged in discovery in the above-captioned action, including written discovery, production of documents, and depositions;

6. WHEREAS, the parties have stipulated to extend the time for Defendant RED BLUFF ROUND-UP ASSOCIATION to file and serve a responsive pleading to September 29, 2016

7. WHEREAS, on September 29, 2016 Defendant RED BLUFF ROUND-UP ASSOCIATION filed and served its answer to Plaintiff's Amended Complaint.

8. WHEREAS, this case is set for trial on May 8, 2017;

9. WHEREAS, the parties continue to engage in discovery;

10. WHEREAS, the Expert Discovery deadline has been continued to November 30, 2016.

11. WHEREAS, the parties submit there is good cause to continue the expert disclosure deadlines identified herein by approximately 30 days to allow parties to complete remaining discovery in this matter;

12. WHEREAS, the parties are not seeking a continuance of the trial date in this matter by this stipulation.

**STIPULATION:**

NOW THEREFORE, it is agreed and stipulated by and between the parties, through their respective counsel of record, that the following dates previously set by order of the Court be continued as follows: The Parties have conferred and agree to continue the following deadlines:

1. Expert disclosure date for 34 days, from October 11, 2016 to November 14, 2016 and the rebuttal reports 30 days, from October 31, 2016 to November 30, 2016;

2. The deadline for completion of expert discovery from November 30, 2016, to January 7, 2017; and

3. The deadline for dispositive motions from January 12, 2017 to January 25, 2017.

The parties have good cause to request an extension for the expert disclosure deadline because the discovery process was delayed due to the late addition of Defendant Red Bluff Roundup to this case. The Parties wish to postpone the expert disclosures briefly.  The Parties

**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE AND REBUTTAL DEADLINE**

stipulate to extend the expert disclosure date to November 14, 2016. Accordingly, the time for the rebuttal reports will need to be extended as well. The amended schedule comports with the Federal Requirement that disclosures be made 90 days before trial. Fed. R. Civ. P. 26(a)(2)(D). Trial is presently scheduled for May 8, 2017.

        The parties further stipulate that the entry of an order extending the time for expert disclosure shall not impair the ability of Defendant Red Bluff Roundup in filing a motion to vacate and re-set the present trial date.

Respectfully submitted,

Dated: October 7, 2016       CENTER FOR DISABILITY ACCESS

By /s/ Phyl Grace (Authorized 10/07/16)
   Phyl Grace
   Attorney for Plaintiff
   RICHARD HAMMOND

Dated: October 7, 2016       McCARTHY & RUBRIGHT, LLP

By /s/ Thomas Patrick Jr., (Authorized 10/07/16)
   Thomas Patrick Jr.,
   Attorney for Defendant
   RED BLUFF ROUND-UP ASSN

Dated:  October 17, 2016       PORTER SCOTT
                                              A PROFESSIONAL CORPORATION

By /s/ Stephen E. Horan
   Stephen E. Horan
   Attorney for Defendant
   30th DISTRICT AGRICULTURAL ASSOCIATION

3

**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE AND REBUTTAL DEADLINE**

**Order regarding Extension to Expert Disclosure and Rebuttal Deadline**

Based upon the Stipulation of the parties, and good cause shown, the expert disclosure date is continued to November 14, 2016, rebuttal disclosure date is continued to November 30, 2016, the deadline for completing expert discovery is continued to January 7, 2017 and the deadline for dispositive motions is continued from January 12, 2017 to January 25, 2017.

**IT IS SO ORDERED.**

Dated: October 17, 2016

_____
Troy L. Nunley
United States District Judge